IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH JOHN GALLEGOS,

     Plaintiff,

     v.

LORI CHAVEZ-DEREMER, et al.,

     Defendants.

Case No.  25-cv-09409-MMC

**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED**

On April 13, 2026, the Court, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, "afforded plaintiff a limited extension of time to serve the named defendants" and directed plaintiff to "serve defendants with summons and the First Amended Complaint no later than May 28, 2026." (See Doc. No. 22 at 3:26-4:2.)  To date, plaintiff has not filed proof of service of the summons and complaint as to any of the defendants.

Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than June 22, 2026, why plaintiff's complaint should not be dismissed for failure to serve within the time required by Rule 4(m) and for failure to prosecute pursuant to Rule 41(b).

**IT IS SO ORDERED.**

Dated: June 11, 2026

MAXINE M. CHESNEY
United States District Judge